UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROADCAST MUSIC, INC.;
EMI VIRGIN SONGS, INC. d/b/a EMI
LONGITUDE MUSIC; HOUSE OF FUN MUSIC,
INC.; SPIRIT ONE MUSIC, A DIVISION OF
SPIRIT MUSIC GROUP, INC.; RONDOR
MUSIC INTERNATIONAL, INC. d/b/a IRVING
MUSIC; SONY/ATV SONGS, LLC d/b/a
SONY/ATV MELODY; ESTATE OF MAURICE
ERNEST GIBB AND THE ESTATE OF ROBIN
GIBB d/b/a GIBB BROTHERS MUSIC;
CROMPTON SONGS; LOST BOYS MUSIC;
PEER INTERNATIONAL CORPORATION;
UNICHAPPELL MUSIC, INC.; JOHN FARRAR
MUSIC; FOREIGN IMPORTED
PRODUCTIONS AND PUBLISHING INC.;

        Plaintiffs,                      CIVIL ACTION NO.:

        v.

D. BRADLEY ENTERPRISES, LLC d/b/a
BRADLEY'S ON 7th;
and DWAYNE B. NELSON, individually,

        Defendants.
_____/

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

### JURISDICTION AND VENUE

1.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs, other than BMI, are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff EMI Virgin Songs, Inc. is a corporation doing business as EMI Longitude Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff House of Fun Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Spirit One Music is a division of Spirit Music Group, Inc., a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Melody. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Gibbs Brothers Music is a partnership owned by the Estate of Maurice Ernest Gibb and the Estate of Robin Gibb. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Crompton Songs is a sole proprietorship owned by Barry Alan Gibb. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Lost Boys Music is a sole proprietorship owned by James Richard Steinman. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Peer International Corporation is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Unichappell Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff John Farrar Music is a sole proprietorship owned by John Farrar. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Foreign Imported Productions and Publishing Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Defendant D. Bradley Enterprises, LLC is a limited liability company organized and existing under the laws of the State of Florida which operates, maintains and controls an establishment known as Bradley's on 7th located at 1510 East 7th Avenue, Tampa, Florida 33605-3704, in this district (the "Establishment").

18. In connection with the operation of the Establishment, Defendant D. Bradley Enterprises, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

19. Defendant D. Bradley Enterprises, LLC has a direct financial interest in the Establishment.

20. Defendant Dwayne B. Nelson is a managing member of D. Bradley Enterprises, LLC with responsibility for the operation and management of that limited liability company and

the Establishment.

21. Defendant Dwayne B. Nelson has the right and ability to supervise the activities of Defendant D. Bradley Enterprises, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

22. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 21.

23. Plaintiffs allege nine (9) claims of willful copyright infringement, based upon Defendants unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

24. Since January 27, 2014, BMI sent Defendants seventeen (17) letters and placed twelve (12) telephone calls to Defendants in its efforts to educate Defendants as to the necessity to purchase a license for the public performance of musical compositions.

25. Included in the seventeen (17) letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment. The Cease and Desist Notices were not heeded.

26. In fact, on March 8, 2015, after BMI sent numerous Cease and Desist Notices to Defendants, BMI sent a music researcher to the Establishment who logged the unauthorized public performance of several musical compositions within the BMI Repertoire.

27.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the nine (9) claims of copyright infringement at issue in this action. Each numbered claim has the following eight (8) lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

28.     For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

29.     For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

30.     For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

31.     For each work identified on the Schedule, on the date(s) listed on Line 7,

Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

32. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: June 9, 2015

                                              *s/Zachary D. Messa*
                                              **Zachary D. Messa, Esquire**
                                              Florida Bar No. 513601
                                              Email: zacharym@jpfirm.com
                                              **JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**

911 Chestnut Street
Clearwater, Florida 33756
Tel. (727)461-1818/Fax (727)462-0965
*-and-*
**Frank R. Jakes**
Florida Bar No. 372226
Email: frankj@jpfirm.com
**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**
403 East Madison Street, Suite 400
Tampa, Florida 33602
Tel. (813)225-2500/Fax (813)223-7118
Attorneys for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/12/75   6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Holiday |
| Line 3 | Writer(s) | Lisa Stevens; Curtis Hudson |
| Line 4 | Publisher Plaintiff(s) | House Of Fun Music, Inc.; Spirit One Music, A Division of Spirit Music Group, Inc. |
| Line 5 | Date(s) of Registration | 4/2/84 |
| Line 6 | Registration No(s). | PA 216-744 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Knock On Wood |
| Line 3 | Writer(s) | Eddie Floyd; Steve Cropper |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 7/22/66   5/21/73 |
| Line 6 | Registration No(s). | Eu 949771   Ep 318805 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Let's Hear It For The Boy |
| Line 3 | Writer(s) | Dean Pitchford; Tom R. Snow |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Melody |
| Line 5 | Date(s) of Registration | 1/30/84 |
| Line 6 | Registration No(s). | PAu 589-218 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77   2/13/78<br>3/19/84   3/19/84 |
| Line 6 | Registration No(s). | Eu 761684   PA 178<br>PA 209-625   PAu 618-264 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Total Eclipse Of The Heart |
| Line 3 | Writer(s) | Jim Steinman |
| Line 4 | Publisher Plaintiff(s) | James Richard Steinman d/b/a Lost Boys Music |
| Line 5 | Date(s) of Registration | 8/8/83 |
| Line 6 | Registration No(s). | PA 182-428 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Walk Like An Egyptian |
| Line 3 | Writer(s) | Liam Sternberg |
| Line 4 | Publisher Plaintiff(s) | Peer International Corporation |
| Line 5 | Date(s) of Registration | 2/11/86 |
| Line 6 | Registration No(s). | PA 278-841 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | You're The One That I Want |
| Line 3 | Writer(s) | John Farrar |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc.; John Farrar, an individual d/b/a John Farrar Music; Sony/ATV Songs LLC d/b/a Sony/ATV Melody |
| Line 5 | Date(s) of Registration | 4/28/78 |
| Line 6 | Registration No(s). | PA 3-376 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | 1-2-3 |
| Line 3 | Writer(s) | Enrique E. Garcia; Gloria M. Estefan |
| Line 4 | Publisher Plaintiff(s) | Foreign Imported Productions And Publishing Inc. |
| Line 5 | Date(s) of Registration | 4/16/87 |
| Line 6 | Registration No(s). | PA 326-114 |
| Line 7 | Date(s) of Infringement | 3/8/2015 |
| Line 8 | Place of Infringement | Bradley's on 7th |